UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LABELLE MASON ASSOCIATES

VERSUS

THE HARTFORD STEAM BILER
INSPECTION & INSURANCE COMPANY

CIVIL ACTION

NO. 06-732-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 31, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendant, The Hartford Steam Boiler Inspection & Insurance Company, will be granted and the claims of plaintiff, LaBelle Maison Associates, will be dismissed with prejudice.

Baton Rouge, Louisiana, February 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA